UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FURCRON, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>ERIC KNUDSON, et al.,<br><br>                  Defendants. | Case No.: 21-cv-1592-CAB-KSC<br><br>**ORDER FOLLOWING NOTICE OF SETTLEMENT [Doc. No. 33]** |

The parties have filed a notice of settlement. *See* Doc. No. 33. The Mandatory Settlement Conference (currently set for March 20, 2023), the Final Pretrial Conference (currently set for August 7, 2023), and the first date for trial (currently set for September 11, 2023) are hereby **VACATED**.

A telephonic Settlement Disposition Conference is set for **March 15, 2022**, at **10:00 a.m.** To participate in the conference, counsel must call 1-877-873-8017 and use access code 2924630. Participants will be put on hold until the Court activates the conference call. The parties are to file a joint motion to dismiss the case if the settlement is finalized prior to the SDC, at which point the SDC will automatically be vacated without further notice from the Court.

////

////

1

21-cv-1592-CAB-KSC

1 **IT IS SO ORDERED.**

2 Dated: February 13, 2023

Hon. Karen S. Crawford
United States Magistrate Judge